IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CHARLES S. SCOTT,**

    **Plaintiff,**

**vs.**                                                                 **1:08CV213-MMP/AK**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant.**
_____/

**O R D E R**

Presently before the Court is Plaintiff's Motion to Extend Time to File Brief.  (Doc. 9).  Having considered said motion, which is unopposed, the Court is of the opinion that it should be **GRANTED**, and Plaintiff shall have through **April 12, 2009**, to file his memorandum.

**DONE AND ORDERED** this  **3rd**  day of March, 2009.


                                                    *s/ A. KORNBLUM*
                                                  **ALLAN KORNBLUM**
                                                  **UNITED STATES MAGISTRATE JUDGE**